```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :      25CR00118-1
                                    :
       -against-                           ORDER
                                    
 Dionny Morel-Genao

       Defendant

------------------------------------X


Vincent L. Bricetti, United States District Judge:

It is hearby ORDERED that the defendant's bail be modified to permit Pretrial Services to remove the defendant's location monitoring bracelet prior to his surrender to the Bureau of Prisons.



       Dated: New York, New York

              October 2, 2025



                                        SO ORDERED:

                                        _____
                                        United States District Judge